**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-62188 | CRM | Judge: | C. Ray Mullins | Trustee Name: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | QUANG DUY NGUYEN | | | | Date Filed (f) or Converted (c): | 06/03/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 09/30/2014 | | | | Claims Bar Date: | 11/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL RESIDENCE OWNED WITH WIFE WHO HAS MORTGAGE WITH BAN | 109,303.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH LOCATION: 2202 LAKE HAVEN WAY, SUWANEE GA 30024 | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. FIDELITY BANK CHECKING LOCATION: 2202 LAKE HAVEN WAY, SUWANE | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. FIDELITY BANK CHECKING LOCATION: 2202 LAKE HAVEN WAY, SUWANE | 186.00 | 0.00 | | 0.00 | 0.00 |
| 5. BANK OF AMERICA CHECKING LOCATION: 2202 LAKE HAVEN WAY, SUWA | 110.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 1,765.00 | 0.00 | | 0.00 | 0.00 |
| 7. BOOKS, CD'S AND DVD'S | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. CLOTHING & SHOES LOCATION: 2202 LAKE HAVEN WAY, SUWANEE GA 3 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY AND WATCHES LOCATION: 2202 LAKE HAVEN WAY, SUWANEE G | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10. CAMERA AND PHOTO EQUIPMENT LOCATION: 2202 LAKE HAVEN WAY, SU | 150.00 | 0.00 | | 0.00 | 0.00 |
| 11. SPORTING EQUIPMENT, MISC. LOCATION: 2202 LAKE HAVEN WAY, SUW | 50.00 | 0.00 | | 0.00 | 0.00 |
| 12. PERSONAL VEHICLE OWNS WITH WIFE 2003 TOYOTA TACOMA DATE PURC | 2,400.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $114,864.00 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor and Evaline Nguyen ("Mrs. Nguyen") jointly own real property known located on Lake Haven Way in Suwanee, Gwinnett County, Georgia 30024 (the "Property"). Therefore, the Debtor and Mrs. Nguyen each have an undivided half ownership interest in the Property. In Trustee's review of the title to the Property, he determined Mrs. Nguyen alone executed a Home Equity Line of Credit and Security Deed (the "Security Deed") dated November 9, 2007 and recorded May 2, 2008, in the original principal amount of $157,000.00 in favor of Bank of America, National Association ("BOA"). The Debtor is not a party to the Security Deed. If Debtor had an undivided half interest in the Property, it is not encumbered by the Security Deed. Trustee has made a settlement demand offer to BOA subject to bankruptcy court approval. Trustee is still awaiting its response. Trustee will file a lawsuit against BOA if no response is forthcoming.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 04/30/2016

Trustee Signature:    /s/ NEIL C GORDON, TRUSTEE    Date: 10/30/2014

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-62188  
Case Name: QUANG DUY NGUYEN  
Taxpayer ID No:  
For Period Ending: 09/30/2014  

Trustee Name: NEIL C GORDON, TRUSTEE  
Bank Name:  
Account Number/CD#:  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Deposits ($) | 7 Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | No Bank Accounts | | | | | |

| | |
|---|---|
| COLUMN TOTALS | $0.00  $0.00 |
| Less: Bank Transfers/CD's | $0.00  $0.00 |
| Subtotal | $0.00  $0.00 |
| Less: Payments to Debtors | $0.00  $0.00 |
| Net | $0.00  $0.00 |

Page Subtotals:        $0.00        $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:  /s/ NEIL C GORDON, TRUSTEE   Date: 10/30/2014

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596

Page Subtotals:                                    $0.00        $0.00